**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00080-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALFREDO TORRES-ROMERO,

      Defendant.

## MINUTE ORDER[1]

      Due to a conflict arising on the court's calendar, the change of plea hearing previously set for April 27, 2007, is **VACATED** and is **RESET** to **June 22, 2007**, at 11:00 a.m.

Dated: March 27, 2007

------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.